IL

RECEIVED

OCT 0 6 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF ILLINOIS, | ) | |
| | ) | |
| Respondent, | ) | 26-cv-12223 |
| | ) | Judge Sara L. Ellis |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | Random Cat 2 |
| ROBERT D. CONNER, | ) | |
| | ) | |
| Defendant / Petitioner. | ) | MN |

<u>NOTICE OF REMOVAL OF STATE CRIMINAL PROSECUTIONS PURSUANT TO 28 U.S.C. §§ 1443(1) AND 1455</u>

1. NOW COMES the Defendant, Robert D. Conner, appearing pro se, and respectfully files this Notice of Removal pursuant to 28 U.S.C. §§ 1443(1) and 1455, removing the state criminal prosecutions currently pending against him in the Circuit Court of Cook County, Illinois, Second Municipal District (Skokie), to the United States District Court for the Northern District of Illinois, Eastern Division. In support of this removal, Defendant states as follows:

2. Jurisdictional Basis. This removal is brought pursuant to 28 U.S.C. § 1443(1), which permits the removal of state criminal prosecutions where a defendant is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States.

3. Underlying Actions Being Removed. The specific state court criminal prosecutions being removed by this Notice are pending in the Second Municipal District (Skokie) courthouse, captioned as <u>*People of the State of Illinois v. Robert D. Conner*</u>, bearing <u>*Case No.* 25C22018401</u> and <u>*Case No.* 25200090901</u>.

4. Procedural Timeliness and Extraordinary Good Cause. Pursuant to 28 U.S.C. § 1455(b)(1), this Notice is submitted timely or alternatively presents extraordinary good cause for any delay based on systemic, coordinated discovery fraud and active concealment of the state court record. The state court's May 4th discovery order, under <u>*Case No.* 25200090901</u> has never been properly satisfied. On September 15th, 2026, the misdemeanor public defender turned over a scrubbed, altered copy of body camera footage from the misdemeanor docket while continuing to suppress the master files. This bad faith obstruction directly impeded the Defendant's independent ability to evaluate the state court's jurisdictional defects prior to this date.

5. Statement of Grounds and Pretextual Fractured Dockets. Removal is necessary because the ongoing state proceedings systematically block the enforcement of equal constitutional protections. The state actors have intentionally split a single continuous encounter into fractured dockets and separate trials, creating an unconstitutional burden that strains Defendant's resources and violates due process protections against successive prosecutions under the Fifth and Fourteenth Amendments.

6. Violation of the Illinois Mandatory Joinder Statute. The Evanston Police Department charged the Defendant with a separate felony aggravated battery charge on the morning of June 12th, 2025 (under Case No. 25C22018401), while the Defendant was physically handcuffed to a hospital bed and legally incapacitated under medical sedation from forced chemical injections from the previous day June 11, 2025, where he was charged with a misdemeanor (under Case No. 25200090901). Based on a fabricated narrative, the police falsely alleged that the Defendant left the hospital on June 11th and returned on June 12th, 2025. This fabricated timeline was manufactured as a bad faith pretext to circumvent the *Illinois Mandatory Joinder Statute* (720 ILCS 5/3-3), which strictly requires the state to **prosecute all known offenses from a single continuous transaction in a single unified proceeding**.

7. Fraudulent Concealment and State-Authorized Protective Restrictions. The official Cook County Circuit Court felony docket sheets (Exhibit A) reveal that at the very inception of the case (Case No. 25C22018401), on July 29, 2025, an entry was made stating "Order Entered Comments: HIPPA." This highly irregular protective block was permitted, authorized, or executed by either the Cook County State's Attorney or the supervisors of the Skokie Office of the Cook County Public Defender, specifically Supervisor LaWanda Phillips and Chief Public Defender Andrea Lubelfeld. This early restriction was deliberately utilized to engage in structural fraudulent concealment of the unscrubbed electronic medical records and timestamps. The direct purpose of this concealment was to suppress evidence of immediate staff retaliation, unlawful restraint, and chemical battery at the hospital, thereby shielding state and corporate actors from liability and establishing a compromised baseline for the entire prosecution.

8. Retaliatory Behavioral Evaluation and Defense Sabotage. The structural collapse of the state court process is further demonstrated by the hostile, retaliatory conduct of the Cook County Public Defender's Office. On August 4th, 2026, the Defendant explicitly demanded that his felony public defender, Ms. Marni Share, turn over the unedited body camera footage (under Case No. 25C22018401) and request the unedited misdemeanor body camera footage from the misdemeanor docket (underCase No. 25200090901). At that same meeting, Defendant presented counsel with a copy of a formal complaint filed against her. In direct retaliation for this protected activity, and acting under the commands of Chief Public Defender Andrea Lubelfeld, felony public defender Marne Share immediately initiated a retaliatory Behavioral Clinical Evaluation (BCX) motion. This bad faith motion was ordered by the court on August 4, 2026, and was weaponized to strip the Defendant of his legal standing, cover up the evidence suppression, and avoid accountability for their explicit refusal to turn over the unscrubbed case files.

9. Formal Inability to Comply with Attachment Rules. Pursuant to 28 U.S.C. § 1455(a), a notice of removal must contain copies of all pleadings, process, and orders. Defendant explicitly notes that he is currently legally prevented from satisfying this strict standard because his appointed public defenders at the Skokie branch flatly refuse to relinquish a complete copy of his files, transcripts, charging papers, unedited Evanston Police Department BODY-WORN CAMERA footage, and master discovery (under Case No. 25C22018401). The state-appointed counsel is actively withholding the statutory record from the client to sabotage this removal action. Defendant explicitly requests that this District Court issue an emergency order compelling the Public Defender's Office to immediately turn over the complete, unscrubbed case files to the Defendant.

10. Notice of Exhibit Docket Sheets. Pursuant to 28 U.S.C. Section 1455(a), Defendant explicitly appends the official Cook County Circuit Court docket sheets to this Notice of Removal to demonstrate the structural fragmentation of these actions. The official docket sheet for the felony case, Case No. 25C22018401, is attached hereto as "Exhibit A," and the official docket sheet for the misdemeanor case, Case No. 25200090901, is attached hereto as "Exhibit B." Both exhibit dockets are incorporated directly into this Notice of Removal as verification of the bad faith scheduling timeline and the unresolved discovery orders.

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Robert D. Conner, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing Notice of Removal of State Criminal Prosecutions is true and correct, and that I am currently prevented from attaching complete copies of all process, pleadings, and orders because they are being withheld from me by my state-appointed defense counsel.

Executed on October 6, 2026.

Robert D. Conner, Defendant / Petitioner

## CERTIFICATE OF FILING AND SERVICE

I, Robert D. Conner, appearing pro se, hereby certify that on October 6, 2026, I electronically submitted the foregoing Notice of Removal of State Criminal Prosecutions to the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, via the official Pro Se PDF Submission Portal for electronic processing.

# CERTIFICATE OF SERVICE AND FILING

I, Robert David Conner, appearing pro Se, hereby Certify that on October 6, 2026, I caused the foregoing to be filed/Submitted by hand-delivering the same to the Clerk of the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION.

I further Certify that a true and correct Copy of the foregoing will be hand-delivered to the ~~Clerc~~ Clerk of the Circuit Court of Cook County at the Second Municipal District (SKOKIE) Courthouse *prior* to the Status hearing, and that true and correct copies will be personally provided and handed directly to the presiding Judge, the State's Attorney, and the assigned public defender (under State Criminal Case No. 25C22018401, *People of the State of Illinois v. Robert David Conner*, in open Court during the Status proceedings on October 6, 2026, to formally Place all State Authorities and defense personnel on Immediate Notice of this Federal Removal Action.

Dated: October 6, 2026

[signature]

Robert D. Conner, Defendant/Petitioner

# EXHIBIT - A

# Probate Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

**Case information for case number:**

Return to Results | Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 25C22018401 | 2284 | 07/16/2025 | District 2 |

| Estate Of | Case Type | Claimant, Minor or Representative | Attorney |
|---|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | Felony Information | ROBERT CONNER | |

**Ad Damnum**

**Future Court Activity:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Court Date:** | 10/06/2026 | **Hearing Type:** | Suburban Felony 207 (Judicial Officer:Murphy, Lorraine Mary) | **Time:** | 9:00 AM | **Location:** | D2, Courtroom 207,5600 Old Orchard Road, Skokie, IL 60077 |

**Case Activities:**

| | | | | | |
|---|---|---|---|---|---|
| **Activity Date:** | 09/29/2026 | **Event Desc:** | Motion for Continuance | **Comments:** | 09/29/2026 By Agreement |

Exhibit-A, 1 of 7

| | | | |
|---|---|---|---|
| **Activity Date:** 09/29/2026 | **Event Desc:** Defendant Appeared In-Person | **Comments:** | |
| **Activity Date:** 09/29/2026 | **Event Desc:** Courtsheet | **Comments:** | |
| **Activity Date:** 09/24/2026 | **Event Desc:** Motion Filed | **Comments:** | Defendant's Notice of Removal |
| **Activity Date:** 08/04/2026 | **Event Desc:** Behavior Clinic Exam Ordered | **Comments:** | |
| **Activity Date:** 08/04/2026 | **Event Desc:** Motion for Continuance | **Comments:** | 08/04/2026 By Agreement |
| **Activity Date:** 08/04/2026 | **Event Desc:** Defendant Appeared In-Person | **Comments:** | |
| **Activity Date:** 08/04/2026 | **Event Desc:** Courtsheet | **Comments:** | |
| **Activity Date:** 07/01/2026 | **Event Desc:** Motion for Continuance | **Comments:** | 07/01/2026 By Agreement |

| | | | | | |
|---|---|---|---|---|---|
| **Activity Date:** | 07/01/2026 | **Event Desc:** | Defendant Appeared In-Person | **Comments:** | |
| **Activity Date:** | 07/01/2026 | **Event Desc:** | Courtsheet | **Comments:** | |
| **Activity Date:** | 05/19/2026 | **Event Desc:** | Courtsheet | **Comments:** | |
| **Activity Date:** | 05/19/2026 | **Event Desc:** | Defendant Appeared In-Person | **Comments:** | |
| **Activity Date:** | 05/19/2026 | **Event Desc:** | Motion for Continuance | **Comments:** | 05/19/2026 By Agreement |
| **Activity Date:** | 03/25/2026 | **Event Desc:** | Motion for Continuance | **Comments:** | 03/25/2026 By Agreement |
| **Activity Date:** | 03/25/2026 | **Event Desc:** | Defendant In Court | **Comments:** | |
| **Activity Date:** | 03/25/2026 | **Event Desc:** | Courtsheet | **Comments:** | |

| Activity Date: | Event Desc: | Comments: |
|---|---|---|
| 01/29/2026 | Motion for Continuance | 01/29/2026 By Agreement |
| 01/29/2026 | Defendant In Court | |
| 01/29/2026 | Courtsheet | |
| 12/18/2025 | Motion for Continuance | 12/18/2025 By Agreement |
| 12/18/2025 | Defendant Appeared In-Person | |
| 12/18/2025 | Courtsheet | |
| 11/18/2025 | Defendant In Court | |
| 11/18/2025 | Courtsheet | |

| Activity Date: | | Event Desc: | | Comments: | |
|---|---|---|---|---|---|
| Activity Date: | 11/18/2025 | Event Desc: | Motion for Continuance | Comments: | 11/18/2025 By Agreement |
| Activity Date: | 10/08/2025 | Event Desc: | Motion for Continuance | Comments: | 10/08/2025 By Agreement |
| Activity Date: | 10/08/2025 | Event Desc: | Pre-Trial Investigation Ordered | Comments: | |
| Activity Date: | 10/08/2025 | Event Desc: | Defendant Appeared In-Person | Comments: | |
| Activity Date: | 10/08/2025 | Event Desc: | Courtsheet | Comments: | |
| Activity Date: | 08/21/2025 | Event Desc: | Motion for Continuance | Comments: | 08/21/2025 By Agreement |
| Activity Date: | 08/21/2025 | Event Desc: | Defendant Appeared In-Person | Comments: | |
| Activity Date: | 08/21/2025 | Event Desc: | Courtsheet | Comments: | |

**Activity Date:** 07/29/2025 **Event Desc:** Courtsheet **Comments:**

**Activity Date:** 07/29/2025 **Event Desc:** Defendant Appeared In-Person **Comments:**

**Activity Date:** 07/29/2025 **Event Desc:** Public Defender Appointed **Comments:**

**Activity Date:** 07/29/2025 **Event Desc:** Defendant Arraigned **Comments:**

**Activity Date:** 07/29/2025 **Event Desc:** Costs Waived **Comments:**

**Activity Date:** 07/29/2025 **Event Desc:** Motion For Discovery **Comments:**

**Activity Date:** 07/29/2025 **Event Desc:** Discovery Answer Filed **Comments:**

**Activity Date:** 07/29/2025 **Event Desc:** Order Entered **Comments:** HIPPA

| | | | | | |
|---|---|---|---|---|---|
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Motion for Continuance | **Comments:** | 07/29/2025 By Agreement |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Admonish As To Trial In Absent | **Comments:** | |
| **Activity Date:** | 07/25/2025 | **Event Desc:** | Case Filed | **Comments:** | |
| **Activity Date:** | 07/16/2025 | **Event Desc:** | Open - State Reporting | **Comments:** | |

Please Note:If you do not find a case you are looking for, please contact our Customer Service Call Center at (312) 603-5030 and they can assist you with your search.

# EXHIBIT - B

# Probate Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

**Case information for case number:**

Return to Results | Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 25200090901 | JCR0274 | 07/11/2025 | District 2 |

| Estate Of | Case Type | Claimant, Minor or Representative | Attorney |
|---|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | Misdemeanor | ROBERT D CONNER | |

**Ad Damnum**

**Future Court Activity:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Court Date:** | 10/19/2026 | **Hearing Type:** | D2 Courtroom 104 (Judicial Officer:) | **Time:** | 9:00 AM | **Location:** | D2, Courtroom 104,5600 Old Orchard Road, Skokie, IL 60077 |

**Case Activities:**

| | | | | |
|---|---|---|---|---|
| **Activity Date:** | 09/15/2026 | **Event Desc:** | Defendant In Court | **Comments:** |

Exhibit-B, 1 of 7

| | | | | | |
|---|---|---|---|---|---|
| **Activity Date:** | 09/15/2026 | **Event Desc:** | Courtsheet | **Comments:** | |
| **Activity Date:** | 08/12/2026 | **Event Desc:** | Defendant In Court | **Comments:** | |
| **Activity Date:** | 08/12/2026 | **Event Desc:** | Courtsheet | **Comments:** | |
| **Activity Date:** | 08/12/2026 | **Event Desc:** | Motion Deft - Continuance | **Comments:** | |
| **Activity Date:** | 06/05/2026 | **Event Desc:** | Defendant In Court | **Comments:** | |
| **Activity Date:** | 06/05/2026 | **Event Desc:** | Courtsheet | **Comments:** | |
| **Activity Date:** | 05/04/2026 | **Event Desc:** | Order Entered | **Comments:** | PD is authorized to tender copies of CAD, Complaint, arrest report, incident report, and BWC to def |
| **Activity Date:** | 05/04/2026 | **Event Desc:** | Notice Of Motion/Filing | **Comments:** | motion to provide discovery to def pursuant to SC Rule 415 |

| Activity Date: | Event Desc: | Comments: |
|---|---|---|
| 05/04/2026 | Defendant In Court | |
| 05/04/2026 | Courtsheet | |
| 03/27/2026 | Courtsheet | |
| 03/27/2026 | Defendant In Court | |
| 03/27/2026 | Continuance By Agreement | |
| 02/11/2026 | Courtsheet | |
| 01/08/2026 | Continuance By Agreement | |
| 01/08/2026 | Defendant In Court | |

3 of 7

| Activity Date: | Event Desc: | Comments: |
| --- | --- | --- |
| 01/08/2026 | Courtsheet | |
| 12/03/2025 | Continuance By Agreement | |
| 12/03/2025 | Defendant In Court | |
| 12/03/2025 | Courtsheet | |
| 10/28/2025 | Order Entered | |
| 10/28/2025 | Courtsheet | |
| 08/21/2025 | Defendant In Court | |
| 08/21/2025 | Courtsheet | |

| | | | | | |
|---|---|---|---|---|---|
| **Activity Date:** | 08/21/2025 | **Event Desc:** | Continuance By Agreement | **Comments:** | |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Notice Of Motion/Filing | **Comments:** | |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Courtsheet | **Comments:** | |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Defendant In Court | **Comments:** | |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Warrant Quashed | **Comments:** | |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Motion For Discovery | **Comments:** | |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Public Defender Appointed | **Comments:** | |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Conditions of PreTrial Release Order Original | **Comments:** | |

| | | | | |
|---|---|---|---|---|
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Defendant Appeared In-Person | **Comments:** |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Refrain from communicating with particular persons | **Comments:** |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Refrain from going to certain geographic areas | **Comments:** |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Continuance By Agreement | **Comments:** |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Recall/Execute Sent To Police Agency | **Comments:** |
| **Activity Date:** | 07/29/2025 | **Event Desc:** | Appearance Filed | **Comments:** |
| **Activity Date:** | 07/21/2025 | **Event Desc:** | Warrant Sent To Police Agency | **Comments:** |
| **Activity Date:** | 07/21/2025 | **Event Desc:** | Warrant Issued - FTA | **Comments:** |

| | | | | |
|---|---|---|---|---|
| **Activity Date:** | 07/21/2025 | **Event Desc:** | Courtsheet | **Comments:** |
| **Activity Date:** | 07/11/2025 | **Event Desc:** | Case Filed | **Comments:** |
| **Activity Date:** | 07/11/2025 | **Event Desc:** | Open - State Reporting | **Comments:** |

Please Note:If you do not find a case you are looking for, please contact our Customer Service Call Center at (312) 603-5030 and they can assist you with your search.